THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACE WILLIAMS, Appellant. [859 NYS2d 882]—Appeal from a judgment of the Supreme Court, Erie County (Ronald H. Tills, A.J.), rendered January 21, 2005. The judgment convicted defendant, upon his plea of guilty, of attempted sodomy in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Hurlbutt, J.P., Smith, Lunn, Green and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARRY SANNEY, SR., Appellant. [859 NYS2d 890]—Appeal from a judgment of the Livingston County Court (Robert B. Wiggins, J.), rendered May 8, 2007. The judgment convicted defendant, upon his plea of guilty, of course of sexual conduct against a child in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Smith, Lunn, Green and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS A. OCASIO, Appellant. [859 NYS2d 890]—Appeal from a judgment of the Supreme Court, Erie County (Russell P. Buscaglia, A.J.), rendered May 10, 2004. The judgment convicted defendant, upon his plea of guilty, of attempted robbery in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Smith, Lunn, Green and Gorski, JJ.